FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DENISE T. ARRINGTON        BANKRUPTCY CASE NO. 12-20710
                                                            CHAPTER 13

                                     Debtor           Related Doc No.: 83

SETERUS, INC. as authorized
subservice for FNMA,
                                     Movant          Related Claim No.: 7

vs.

DENISE T. ARINGTON and
RONDA J. WINNECOUR, Esq, Trustee,
                          Respondents

## DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT OF SETERUS, INC.

       I, Joseph E. Fieschko, Jr., do hereby declare that the existing plan payment of $1,070.00 per month is sufficient to fund the plan with the modified mortgage payment. Specifically, the escrow payment changed from $187.94 to $204.65 an increase of $16.71. The existing plan payment is sufficient to fund the plan with the modified escrow payment.

                                              By:/a/ Joseph E. Fieschko, Jr.
                                              Joseph E. Fieschko, Jr.
                                              Fieschko and Associates, Inc.
                                              Suite 2230, 436 7th Avenue
                                              Pittsburgh, PA  15219
                                              412-281-2204
                                              PA I.D.#: 28797
                                              joe@fieschko.com
                                              FAX 412-338-9169

# CERTIFICATE OF SERVICE

      I, Joseph E. Fieschko, Jr., of Fieschko and Associates, Inc., do hereby swear, under penalty of perjury, that I have served by Electronic Filing and First Class Mail, a true and correct copy of the Motion for Declaration That the Existing Chapter 13 Plan is Sufficient to Fund Plan With the Modified Debt of Seterus, Inc. on the following:

Electronic Filing:
Ronda J. Winnecour, Chapter 13 trustee
Office of the US Trustee

First Class Mail:

Seterus, Inc.
c/o Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, PC
649 S. Avenue, Unit 6
Secane, PA  19018

Dated:  October 27, 2016                                                          By:/s/Joseph E. Fieschko, Jr.
                                                                                   Joseph E. Fieschko, Jr., Esquire
                                                                                  Attorney for the Debtors