IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DENISE T. ARRINGTON        BANKRUPTCY CASE NO. 12-20710
       CHAPTER 13

       Debtor
DENISE T. ARRINGTON,
       Movant

vs.

RONDA J. WINNECOUR, Esq, Trustee,
       Respondents

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 2, 2012, at docket number 16, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

   This Certification is being signed under penalty of perjury by Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 16, 2017        By:/s/Denise T. Arrington
       Denise T. Arrington

## CERTIFICATE OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire, do hereby certify, under penalty of perjury, that I have served, by First Class Mail, a true and correct copy of the Debtor's Certificate Regarding Eligibility for Discharge, this 16th day of February, 2017 on the following:

Ronda J. Winnecour, Chapter 13 Trustee
via electronic filing

Office of the US Trustee
via electronic filing

All creditors listed on the mailing matrix filed with the court.

By:/s/ Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr.
Attorney for the Debtors
2230 Koppers Building
436 7th Avenue
Pittsburgh, PA  15219
412-281-2204