IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DENISE T. ARRINGTON | BANKRUPTCY CASE NO. 12-20710 CHAPTER 13 |
|                            Debtor DENISE T. ARRINGTON, | Hearing Date: March 22, 2017@10:00 AM |
|                            Movant | Response Due: March 15, 2017 |
| vs. SENSUS USA, INC. and RONDA J. WINNECOUR, Esq, Trustee,                       Respondents | Related Doc. 87 |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO TERMINATE WAGE ATTACHMENT

TO THE RESPONDENTS:

      You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 15, 2017, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

      You should take this to your lawyer at once.

      A hearing will be held on March 22, 2017 before Judge Carlota Bohm in **Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date of Service: January 21, 2017 | By:/s/ Joseph E. Fieschko, Jr. Joseph E. Fieschko, Jr., Esquire Suite 2230 436 Seventh Avenue |

Pittsburgh, PA  15219
412-281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#28797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DENISE T. ARRINGTON | | BANKRUPTCY CASE NO. 12-20710<br>CHAPTER 13 |
| DENISE T. ARRINGTON, | Debtor | Hearing Date: March 22, 2017@10:00 AM |
| | Movant | Response Due: March 15, 2017 |
| vs.<br>SENSUS USA and<br>RONDA J. WINNECOUR, Esq, Trustee, | | Relate Doc 87 |
| | Respondents | |

### AFFIDAVIT OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire, Attorney for the Debtor, do hereby certify under penalty of perjury that I have served by first class mail a true and correct copy of the Notice of Hearing with Response Deadline on Debtor's Motion to Terminate Wage Attachment by Electronic Filing and First Class Mail, this 21st day of January, 2017 on the following:

Electronic Filing:
Office of the US Trustee
Ronda J. Winnecour, Chapter 13 Trustee

First Class Mail:
Sensus USA Inc.
450 North Gallatin Avenue
Uniontown, PA  15401

IndyMacMortgage Services
Mail Code Indymac-4
2900 Esperanza Xing
Austin, TX  78758-9901

American Express
PO Box 1270
Newark, NJ 07101-1270

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bloomingdales
PO Box 183083
Columbus, OH 43218-3083

Citi Cards
PO Box 182564
Columbus, OH 43218-2564

Clearview FCU
8805 University Blvd.
Moon Twp. PA 15108

Collect Corp.
PO Box 101928
Dept. 4947A
Birmingham, AL  35210-1928

Firestone
PO Box 81344
Cleveland, OH 44188

GAP/GECRB
PO Box 530942
Atlanta, GA 30353-0942

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

Indy Mac
PO Box 78826
Phoenix, AZ 85062-8826

J.Jill
PO Box 659622
San Antonio, TX 78265-9622

Macy's
PO Box 183083
Columbus, OH 43218-3083

Neiman Marcus

PO Box 5235
Carol Stream, IL  60197-5235

Union Plus
PO Box 88000
Baltimore, MD 21288-0001

Victoria's Secret
PO Box 659728
San Antonio, TX 78265-9728

                                        By:/s/ Joseph E. Fieschko, Jr.
                                        Joseph E. Fieschko, Jr., Esquire
                                        Fieschko and Associates, Inc.
                                        Suite 2230
                                        436 Seventh Avenue
                                        Pittsburgh, PA  15219
                                        412-281-2204
                                        FAX 412-338-9169
                                        joe@fieschko.com
                                        PA I.D.#28797