# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-20710-CMB |
| **Denise T. Arrington** ) | |
| ) | |
| **Debtor** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 71 |

## CONSENT ORDER MODIFYING DECEMBER 22, 2014 ORDER

AND NOW, this _____ day of _____, 2017, upon consent of the Debtor, Creditor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated December 22, 2014, it is

ORDERED that the language under Part "1.G" be modified as follows: the claim of One West/ Federal National Mortgage Association (Claim No. 7), shall fully govern, with all mortgage payment changes implemented.

The December 22, 2014 order otherwise remains in full force and effect.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA. I.D. #88910
Attorney for the Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/ Jeniece D. Davis
Jeniece D. Davis, PA I.D. #208967
Attorney for Creditor
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA  19018
610.328.2887
jeniece@mvrlaw.com

/s/ Joesph E. Fieschko
Joseph E. Fieschko, Jr, PA I. D # 28797
Attorney for debtor
Fieschko & Associates
Suite 2230
436 7th Avenue
Pittsburgh, PA 15219
412-281-2204
joe@fieschko.com