**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DENISE T ARRINGTON<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>DENISE T ARRINGTON<br><br>　　Respondents | Case No.12-20710CMB<br><br>Chapter 13<br><br>Document No.____93____ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___17th___ day of __March__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sensus Usa Incorporated
Attn: Payroll Manager
450 North Gallatin Ave
Uniontown, PA 15401

is hereby ordered to immediately terminate the attachment of the wages of DENISE T ARRINGTON, social security number XXX-XX-8979. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DENISE T ARRINGTON.

FURTHER ORDERED:
xxxxxxxxxxxxxxxxxxxxxxxxxxx

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_    dms
UNITED STATES BANKRUPTCY JUDGE

FILED
3/17/17 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-20710-CMB
Denise T Arrington                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Mar 17, 2017
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.
db           +Denise T Arrington,    1125 Charles Lane,    Uniontown, PA 15401-6636
             +Sensus USA Inc,    Atten: Payroll Admin.,    450 North Gallatin Ave.,    Uniontown, PA 15401-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
      Joseph E. Fieschko, Jr.    on behalf of Debtor Denise T Arrington joe@fieschko.com, rcfishko@aol.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com, cblack@udren.com
                                        TOTAL: 7