IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DENISE T. ARRINGTON,  BANKRUPTCY CASE NO. 12-20710
                                           CHAPTER 13
                       Debtors        Related Doc No.:  94


RONDA J. WINNECOUR, Trustee
DENISE T. ARRINGTON,

                       Movants

vs.


SENSUS USA, INC.,

                       Respondent

**CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>March 20, 2017.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First Class Mail and Electronic Filing.</u>

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."
Electronic Filing:


Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Attorney

First Class Mail:
Sensus USA Inc.
Atten:  Payroll Manager
450 North Gallatin Avenue
Uniontown, PA  15401

                                          By:/s/Joseph E. Fieschko, Jr.
                                          Joseph E. Fieschko, Jr., Esquire
                                          Fieschko and Associates, Inc.
                                          2230 Koppers Bldg, 436 7thAvenue
                                          Pittsburgh, PA  15219
                                          412-281-2204
                                          PA I.D.#28797
                                          joe@fieschko.com