**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Denise T Arrington**
Debtor(s)

Bankruptcy Case No.: 12−20710−CMB

Chapter: 13
Docket No.: 98 − 97

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 24th day of April, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/25/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/7/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/25/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 12-20710-CMB
Denise T Arrington                                                        Chapter 13
       Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                   Page 1 of 2                  Date Rcvd: Apr 24, 2017
                               Form ID: 408                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             +Denise T Arrington,    1125 Charles Lane,    Uniontown, PA 15401-6636
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13297371        American Express,    PO Box 1270,    Newark, NJ 07101-1270
13346430        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13313217       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13297372        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13297373        Bloomingdales,    PO Box 183083,    Columbus, OH 43218-3083
13395689       +CAPITAL ONE, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13297374       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,    PO Box 182564,    Columbus, OH 43218-2564)
13327226       +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
13306000       +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13306001       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14114639        Federal National Mortgage Association,    Creditor C/O Seterus, Inc.,    Po Box 1047,
                 Hartford, Ct 06143-1047
13297377       +Firestone,    PO Box 81344,    Cleveland, OH 44188-0001
13297381        J.Jill,    PO Box 659622,    San Antoino, TX 78265-9622
13297382        Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13297383        Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
13780477        Ocwen Loan Servicing LLC,    3451 Hammond Ave, Waterloo IA 50702,    Attn: Pymt Processing
13342702        OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13297384        Union Plus,    PO Box 88000,    Baltimore, MD 21288-0001
13297385        Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13618648        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 02:00:46
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:16      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13394894       +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:16      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13297375       +E-mail/Text: bankruptcy@clearviewfcu.org Apr 25 2017 02:04:31      Clearview FCU,
                 8805 University Blvd.,    Moon Twp. PA 15108-4212
13297376       +E-mail/Text: administration@gatestoneco.com Apr 25 2017 02:03:49      Collect Corp.,
                 PO Box 101928,    Dept. 4947A,    Birmingham, AL 35210-6928
13297378        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:28      GAP/GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
13361218        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:31      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13443936        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:28      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13297379        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:28      GE Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
13428929        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:10:38
                 InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK 73126-9093
13297380        E-mail/Text: EBN_Notifications@OWB.com Apr 25 2017 02:04:06      Indy Mac,    PO Box 78826,
                 Phoenix, AZ 85062-8826
13419031       +E-mail/Text: bncmail@w-legal.com Apr 25 2017 02:05:10
                 Keystone Recovery Partners LLC, Series A,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13344434       +E-mail/Text: bknotice@ncmllc.com Apr 25 2017 02:04:55      National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13362277        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:10:37
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13623977       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:01:06
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13339331        E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2017 02:04:03
                 Quantum3 Group LLC as agent for,    World Financial Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13351157        E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2017 02:04:03
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0315-2          User: dsaw                  Page 2 of 2                  Date Rcvd: Apr 24, 2017
                              Form ID: 408                Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13443938          E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 02:00:46
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              OCWEN LOAN SERVICING, LLC
cr              OneWest Bank, FSB
cr              Seterus, Inc., as the authorized subserviver for F
cr*             InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
                 Oklahoma City, OK  73126-9093
cr*            +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
cr*            +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
                                                                           TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeniece D. Davis   on behalf of Creditor    Seterus, Inc., as the authorized subserviver for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Joseph E. Fieschko, Jr.   on behalf of Debtor Denise T Arrington joe@fieschko.com,
               rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg   on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
                                                                                             TOTAL: 7
```