**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DENISE T ARRINGTON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-20710

Chapter 13

Document No.: 97

ORDER OF COURT **BY DEFAULT**

AND NOW, this __26th__ day of __May__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**FILED**
MAY 26 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-20710-CMB
Denise T Arrington                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2              Date Rcvd: May 26, 2017
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
```
db          +Denise T Arrington,   1125 Charles Lane,   Uniontown, PA 15401-6636
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,   Plainview, NY 11803-4224
13297371     American Express,   PO Box 1270,   Newark, NJ 07101-1270
13346430     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13297372    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
13297373     Bloomingdales,   PO Box 183083,   Columbus, OH 43218-3083
13395689    +CAPITAL ONE, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
13297374    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,   PO Box 182564,   Columbus, OH 43218-2564)
13327226    +Credit First National Association,   Po Box 818011,   Cleveland, OH 44181-8011
13306000    +Department Stores National Bank/Bloomingdales,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
13306001    +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
14114639     Federal National Mortgage Association,   Creditor C/O Seterus, Inc.,   Po Box 1047,
              Hartford, Ct 06143-1047
13297377    +Firestone,   PO Box 81344,   Cleveland, OH 44188-0001
13297381     J.Jill,   PO Box 659622,   San Antoino, TX 78265-9622
13297382     Macy's,   PO Box 183083,   Columbus, OH 43218-3083
13297383     Neiman Marcus,   PO Box 5235,   Carol Stream, IL  60197-5235
13780477     Ocwen Loan Servicing LLC,   3451 Hammond Ave, Waterloo IA 50702,   Attn: Pymt Processing
13342702     OneWest Bank, FSB,   PO Box 829009,   Dallas, TX 75382-9009
13297384     Union Plus,   PO Box 88000,   Baltimore, MD 21288-0001
13297385     Victoria's Secret,   PO Box 659728,   San Antonio, TX 78265-9728
13618648     eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com May 27 2017 00:41:06
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL 33131-1605
cr          +E-mail/Text: bnc@bass-associates.com May 27 2017 00:45:57      eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13394894    +E-mail/Text: bnc@bass-associates.com May 27 2017 00:45:56     Capital One, N.A.,
              Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13297375    +E-mail/Text: bankruptcy@clearviewfcu.org May 27 2017 00:46:41     Clearview FCU,
              8805 University Blvd.,   Moon Twp. PA 15108-4212
13297376    +E-mail/Text: administration@gatestoneco.com May 27 2017 00:46:14     Collect Corp.,
              PO Box 101928,   Dept. 4947A,   Birmingham, AL 35210-6928
13297378     E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 00:40:33     GAP/GECRB,   PO Box 530942,
              Atlanta, GA 30353-0942
13361218     E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 00:40:58     GE Capital Retail Bank,
              Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13443936     E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 00:40:58     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13297379     E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 00:40:58     GE Money Bank,   PO Box 960061,
              Orlando, FL 32896-0061
13428929     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2017 02:59:19
              InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
              Oklahoma City, OK  73126-9093
13297380     E-mail/Text: EBN_Notifications@OWB.com May 27 2017 00:46:23     Indy Mac,   PO Box 78826,
              Phoenix, AZ 85062-8826
13419031    +E-mail/Text: bncmail@w-legal.com May 27 2017 00:47:01
              Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
              2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13344434    +E-mail/Text: bknotice@ncmllc.com May 27 2017 00:46:54     National Capital Management, LLC,
              agent for GE Capital Retail Bank,   8245 Tournament Drive,   Suite 230,
              Memphis, TN 38125-1741
13362277     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2017 00:49:58
              Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13623977    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2017 01:02:53
              PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13339331     E-mail/Text: bnc-quantum@quantum3group.com May 27 2017 00:46:16
              Quantum3 Group LLC as agent for,   World Financial Capital Bank,   PO Box 788,
              Kirkland, WA  98083-0788
13351157     E-mail/Text: bnc-quantum@quantum3group.com May 27 2017 00:46:16
              Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
              Kirkland, WA  98083-0788
13443938     E-mail/PDF: rmscedi@recoverycorp.com May 27 2017 00:40:42
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 18
```

```
District/off: 0315-2          User: amaz                Page 2 of 2              Date Rcvd: May 26, 2017
                              Form ID: pdf900           Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             OCWEN LOAN SERVICING, LLC
cr             OneWest Bank, FSB
cr             Seterus, Inc., as the authorized subservicer for F
cr*            InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
                Oklahoma City, OK  73126-9093
cr*           +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
cr*           +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13313217*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102)
                                                                                   TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor Denise T Arrington joe@fieschko.com,
               rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com, cblack@udren.com
                                                                                             TOTAL: 7
```